

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 3:24:11 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-14-00814-CR**

Trial Court Style: **State of Texas v. Jacob Randall Songer**

Trial Court No.: **13-272-CR**

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: **Pre-trial hearing: April 24, 2014**
The record was originally due: **January 5, 2015**
I anticipate the length of the record to be: **50 - 75 pages**

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☒ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:
**Shortage of Staff for the month of November 2014.  Misdemeanor & Probate Court**

**Hearings.  Holidays**

☐ Other. Explain [attach additional pages if needed]: _____

I anticipate the record will be completed by: **January 16, 2015**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: **January 5, 2015**   Signature: *Darlene Herrin*

Printed Name: **Darlene Herrin**

Title: **County Clerk**

Rev. 1.8.14